```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 11005
   DARRYL WILLIAMS
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

              Debtor
    SSN XXX-XX-7703


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/20/2007 and was not confirmed.

     The case was dismissed without confirmation 02/14/2008.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------------
SPECIALIZED LOAN SERVICI CURRENT MORTG         .00           .00            .00
SPECIALIZED LOAN SERVICI MORTGAGE ARRE         .00           .00            .00
CITY OF BLUE ISLAND      SECURED            562.00           .00          42.44
CITY OF BLUE ISLAND      UNSECURED      NOT FILED            .00            .00
COOK COUNTY TREASURER    SECURED           1871.58           .00         478.37
COOK COUNTY TREASURER    UNSECURED      NOT FILED            .00            .00
DRIVE FINANCIAL SERVICES SECURED NOT I  13690.93             .00            .00
DRIVE FINANCIAL SERVICES UNSECURED      NOT FILED            .00            .00
NEW CENTURY MORTGAGE COR UNSECURED      NOT FILED            .00            .00
CITY OF BLUE ISLAND      UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING  FILED LATE          .00             .00            .00
COMCAST                  UNSECURED      NOT FILED            .00            .00
COMMONWEALTH EDISON      UNSECURED      NOT FILED            .00            .00
CONRAD ACCEPTANCE CORP   UNSECURED      NOT FILED            .00            .00
DRIVE SERVICING          UNSECURED      NOT FILED            .00            .00
MERRICK BANK             UNSECURED      NOT FILED            .00            .00
ROUNDUP FUNDING LLC      UNSECURED          320.95           .00            .00
NICOR GAS                UNSECURED         2730.44           .00            .00
ECAST SETTLEMENT CORP    UNSECURED          156.67           .00            .00
TRIBUTE                  UNSECURED      NOT FILED            .00            .00
DEBRA J VORHIES LEVINE   NOTICE ONLY    NOT FILED            .00            .00
RACHAEL WINSTON          NOTICE ONLY    NOT FILED            .00            .00
IL STATE DISBURSEMENT UN DSO ARREARS    13722.95             .00            .00
IL STATE DISBURSEMENT UN UNSECURED       1136.19             .00            .00
AT & T BANKRUPCTY        UNSECURED      NOT FILED            .00            .00
ILLINOIS DEPT OF REVENUE FILED LATE          .00             .00            .00
DEBRA J VORHIES LEVINE   DEBTOR ATTY    1,500.00                         866.95
TOM VAUGHN               TRUSTEE                                         112.24
DEBTOR REFUND            REFUND                                             .00


     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 1,500.00

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 11005 DARRYL WILLIAMS
```

```
PRIORITY                                                             .00
SECURED                                                           520.81
UNSECURED                                                            .00
ADMINISTRATIVE                                                    866.95
TRUSTEE COMPENSATION                                              112.24
DEBTOR REFUND                                                        .00
                                   ---------------    ---------------
TOTALS                                    1,500.00           1,500.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 06/13/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```